# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| YARDWORKS LANDSCAPE SUPPLIES | § | Case No. 11-40342 |
| AND SE | | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 South Dearborn
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/16/2013 in Courtroom ,
    Joliet City Hall
    150 West Jefferson, 2nd Floor
    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/09/2013_____          By: _____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| YARDWORKS LANDSCAPE SUPPLIES | § | Case No. 11-40342 |
| AND SE | | |
|  | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 68,877.94 |
| and approved disbursements of | $ | 2,265.14 |
| leaving a balance on hand of[1] | $ | 66,612.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | CNH Capital America LLC | $  6,258.04 | $  6,258.04 | $  0.00 | $  6,258.04 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 6,258.04 |
| Remaining Balance | $ | 60,354.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $  6,693.90 | $  0.00 | $  6,693.90 |
| Trustee Expenses: Peter N. Metrou, Trustee | $  149.36 | $  0.00 | $  149.36 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $  1,265.00 | $  0.00 | $  1,265.00 |
| Auctioneer Expenses: American Auction Associates, Inc. | $  1,989.31 | $  1,989.31 | $  0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,108.26 |
| Remaining Balance | $ | 52,246.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,350.66  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Internal Revenue Service | $ 25,519.33 | $ 0.00 | $ 25,519.33 |
| 000011 | Illinois Department of Revenue | $ 7,057.07 | $ 0.00 | $ 7,057.07 |
| 000012 | Illinois Department of Revenue | $ 1,516.22 | $ 0.00 | $ 1,516.22 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 34,092.62 |
| Remaining Balance | $ | 18,153.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,294.34  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | SRW Products | $ 1,799.16 | $ 0.00 | $ 192.93 |
| 000003 | CNH Capital America LLC | $ 2,913.36 | $ 0.00 | $ 312.41 |
| 000004 | Compost Supply, Inc. | $ 107.25 | $ 0.00 | $ 11.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | The Quikrete Companies, Inc. | $ 917.72 | $ 0.00 | $ 98.41 |
| 000006 | Aspen Valley Landscape Supply | $ 41,455.45 | $ 0.00 | $ 4,445.38 |
| 000007B | HEARTLAND BANK AND TRUST COMPANY | $ 102,537.47 | $ 0.00 | $ 10,995.36 |
| 000008 | Recycling Wood Products | $ 18,897.18 | $ 0.00 | $ 2,026.39 |
| 000010 | Krentz & Krentz, P.C. | $ 666.75 | $ 0.00 | $ 71.50 |

Total to be paid to timely general unsecured creditors $ 18,153.88

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 9,332.17  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | INTERNAL REVENUE SERVICE | $ 8,332.96 | $ 0.00 | $ 0.00 |
| 11A | ILLINOIS DEPARTMENT OF REVENUE | $ 925.04 | $ 0.00 | $ 0.00 |
| 12A | ILLINOIS DEPARTMENT OF REVENUE | $ 74.17 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Prepared By: /s/ _____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-40342-BWB
Yardworks Landscape Supplies and Service                                  Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 3          Date Rcvd: Jul 10, 2013
                              Form ID: pdf006        Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2013.
```
db          +Yardworks Landscape Supplies and Services Inc.,   3955 Turner Av.,   Plano, IL 60545-9746
17880344    +Advanced Drainage Systems, Inc.,   4273 Reliable parkway,   Chicago, IL 60686-0042
17880345    +Arneson Oil Co.,   100 Gletty Rd.,   Sandwich, IL 60548-4053
17880346    +Aspen Valley Landscape Supply,   P.O. Box 399,   Lockport, IL 60441-6399
17880347     Attorney Terry Benshoff,   170 Spring Av.,   Glen Ellyn, IL 60137-4838
17880348    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    P.O.Box 982235,   El Paso, TX 79998-2235)
17880350    +BP,   P.O. Box 923928,   Norcross, GA 30010-3928
17880349    +Borgert,   P.O. Box 39,   Saint Joseph, MN 56374-0039
17880353     CHN Capital,   P.O. Box 7247-0170,   Philadelphia, PA 19170-0170
17880360     CNH Capital,   P.O. Box 7247-0170,   Philadelphia, PA 19170-0170
17880359    +CNH Capital,   PO Box 9218,   Old Bethpage, NY 11804-9018
18137056    +CNH Capital America LLC,   PO Box 3600,   Lancaster, PA 17604-3600
17880351    +Central Limestone Company, Inc.,   16805 Quarry Road,   Morris, IL 60450-9211
17880352     Chase,   P.O. Box 15821,   Wilmington, DE 19850-5821
17880354    +Citi Cards, AT&T Univ.,   P.O. Box 653095,   Dallas, TX 75265-3095
17880355     Citibank,   P.O. Box 688901,   Des Moines, IA 50368-8901
17880356    +Citizens First National Bank,   Michael A O'Brien Esq,   124A South County Farm Road,
             Wheaton, IL 60187-4596
17880358     Citizens First National Bank,   11500 E. Route 34,   Plano, IL 60545
17880361     Compost Supply, Inc.,   PO Box 3328,   Glen Ellyn, IL 60138-3328
17880362     Country Mutual Ins. Co.,   P.O. Box 2100,   Bloomington, IL 61702-2100
17880363    +Dex One,   1615 Bluff City Highway,   Bristol, TN 37620-6055
17880364    +Discover Your Hometown,   PO Box 722,   Sycamore, IL 60178-0700
17880366    +Dunteman Turf Farms,   46W340 Main Street,   PO Box 91,   Kaneville, IL 60144-0091
17880367    +Ero-Tex,   N94W14330 Garwin Mace Drive,   Menomonee Falls, WI 53051-1629
17880368    +Exxon Mobile,   PO Box 6404,   Sioux Falls, SD 57117-6404
17880369     Fox Ridge Stone,   6110 Route 71,   Oswego, IL 60543
17880372     HSBC Business Solutions Menards Car,   PO Box 5219,   Carol Stream, IL 60197-5219
17880370    +Hartman Design Inc,   51 North Elm Street,   Wernersville, PA 19565-1209
20004946    +Heartland Bank and Trust Company,   c/o O'Brien Law Offices, P.C.,   124A South County Farm Road,
             Wheaton, IL 60187-4596
17880371     Home State Bank, N.A.,   P.O. Box 183175,   Columbus, OH 43218-3175
17880373    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph Street,   Chicago, IL 60602)
18540880    +Illinois Department of Revenue,   PO Box 64338,   Chicago, IL 60664-0338
17880376    +Kendall County Record,   222 S. Bridge St.,   Yorkville, IL 60560-1502
17880377    +Klover & CO. CPA's,   24110 W. Lockport Street,   Plainfield, IL 60544-2901
17880378    +Krentz & Krentz, P.C.,   100 W. Main Street,   Plano, IL 60545-1431
17880379    +Mainstreet Fireplace & BBQ,   2901 W. Main Unit-A,   Saint Charles, IL 60175-1021
17880380    +Marc's Mechanical,   1404 Sandwich Dr.,   Sandwich, IL 60548-9289
17880381     Martenson Turf Products,   P.O. Box 218,   Waterman, IL 60556-0218
17880382    +Midwest Trading,   P.O. Box 398,   Maple Park, IL 60151-0398
17880383    +Mylex, Inc. DBA Xylem, Ltd.,   18715 Rout 84 North,   Cordova, IL 61242-9757
17880384    +National Seed,   4720 Yender Avenue,   Lisle, IL 60532-1653
17880385    +Oldcastle,   #1 Riverview Avenue,   Sauget, IL 62201-1076
17880387    +Recycling Wood Products,   Martin L Cassell,   330 N Broadway,   Aurora, IL 60505-2696
17880388    +Rhino Seed & Landscape Supply,   850 N. Old US 23,   Brighton, MI 48114-9634
17880389    +Ryan Smith,   13317 Hale St.,   Plano, IL 60545-9406
17880391    +SRW Proeducts,   32020 126th Street,   PO Box 70,   Princeton, MN 55371-0070
17880390    +Southwest Wire Fabricators,   271 Williams Hill Road,   Hemingway, SC 29554-4053
17880394    +Tammie Smith,   13317 Hale St.,   Plano, IL 60545-9406
17880395    +Valley View Industries,   13834 S. Kostner,   Crestwood, IL 60445-1997
17880396    +Vulcan Materials,   P.O. Box 9658,   Minneapolis, MN 55440-9658
17880397    +Wells Fargo,   P.O. Box 348750,   Sacramento, CA 95834-8750
17880398    +Western Excelsior,   901 Grand Ave.,   P.O. Box 695,   Mancos, CO 81328-0695
17880418    +William Smith,   13317 Hale St.,   Plano, IL 60545-9406
17880399    +William and Tammie Smith,   13317 Hale Rd.,   Plano, IL 60545-9406
17880400    +William and Tammie Smith,   13317 Hale St.,   Plano, IL 60545-9406
17880419    +Yorkville Napa Auto Parts,   906 S. Bridge St,   Yorkville, IL 60560-1709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17880357    +E-mail/Text: heather.stabler@citizenslst.com Jul 11 2013 01:36:46
             Citizens First National Bank,   606 South Main Street,   Princeton, IL 61356-2080
17880374     E-mail/Text: cio.bncmail@irs.gov Jul 11 2013 01:33:02    Internal Revenue Service,   PO 7346,
             Philadelphia, PA 19101-7346
17880386    +E-mail/Text: ggresham@quikrete.com Jul 11 2013 01:37:59    Packaged Concrete, Inc.,
             1S950 S. Lorange Rd,   Elburn, IL 60119-7719
18245762     E-mail/Text: ggresham@quikrete.com Jul 11 2013 01:37:59    The Quikrete Companies, Inc.,
             P.O. Box 930134,   Atlanta, GA 31193-0134
                                                                                      TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        American Auction Associates, Inc
17880392   Tammie Smith
17880393   Tammie Smith
17880401   William Smith
17880402   William Smith
17880403   William Smith
17880404   William Smith
17880405   William Smith
17880406   William Smith
17880407   William Smith
17880408   William Smith
17880409   William Smith
17880410   William Smith
17880411   William Smith
17880412   William Smith
17880413   William Smith
17880414   William Smith
17880415   William Smith
17880416   William Smith
17880417   William Smith
17880365   ##+Down to Earth Topsoil,     PO Box 447,   Plainfield, IL 60544-0447
17880375   ##+Kafka Granite,   101 S. Weber Ave,     Stratford, WI 54484-9301
                                                                      TOTALS: 20, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2013**                    **Signature:**

District/off: 0752-1          User: kseldon          Page 3 of 3          Date Rcvd: Jul 10, 2013
                             Form ID: pdf006         Total Noticed: 60

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2013 at the address(es) listed below:
          Kent A Gaertner    on behalf of Debtor    Yardworks Landscape Supplies and Services Inc.
           kgaertner@springerbrown.com,  kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
          Michael A O'Brien    on behalf of Creditor    Heartland Bank and Trust Company, as Successor in
           Interest to Citizens First National Bank mobrien@obrienlawoffices.com,
           pdunne@obrienlawoffices.com
          Michael A O'Brien    on behalf of Creditor    Citizens First National Bank
           mobrien@obrienlawoffices.com,  pdunne@obrienlawoffices.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    on behalf of Accountant Lois  West met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    on behalf of Accountant    Popowcer Katten, Ltd. met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
                                                                                    TOTAL: 8