UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
YARDWORKS LANDSCAPE SUPPLIES § Case No. 11-40342
AND SE
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNH Capital P.O. Box 7247-0170 Philadelphia, PA 19170-0170 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | CITIZENS FIRST NATIONAL BANK | | | | | |
| 000009 | CNH CAPITAL AMERICA LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| POPOWCER KATTEN | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000012 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Drainage Systems, Inc. 4273 Reliable parkway Chicago, IL 60686 | | | | | |
| | Arneson Oil Co. 100 Gletty Rd. Sandwich, IL 60548 | | | | | |
| | BP P.O. Box 923928 Norcross, GA 30010 | | | | | |
| | Bank of America P.O.Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Borgert P.O. Box 39 Saint Joseph, MN 56374 | | | | | |
| | CHN Capital P.O. Box 7247-0170 Philadelphia, PA 19170-0170 | | | | | |
| | Central Limestone Company, Inc. 16805 Quarry Road Morris, IL 60450 | | | | | |
| | Chase P.O. Box 15821 Wilmington, DE 19850-5821 | | | | | |
| | Citi Cards, AT&T Univ. P.O. Box 653095 Dallas, TX 75265-0370 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank P.O. Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | Citizens First National Bank 606 South Main Street Princeton, IL 61356 | | | | | |
| | Citizens First National Bank 606 South Main Street Princeton, IL 61356 | | | | | |
| | Country Mutual Ins. Co. P.O. Box 2100 Bloomington, IL 61702-2100 | | | | | |
| | Dex One 1615 Bluff City Highway Bristol, TN 37620 | | | | | |
| | Discover Your Hometown PO Box 722 Sycamore, IL 60178 | | | | | |
| | Down to Earth Topsoil PO Box 447 Plainfield, IL 60544 | | | | | |
| | Dunteman Turf Farms 46W340 Main Street PO Box 91 Kaneville, IL 60144-2900 | | | | | |
| | Ero-Tex N94W14330 Garwin Mace Drive Menomonee Falls, WI 53051 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exxon Mobile PO Box 6404 Sioux Falls, SD 57117 | | | | | |
| | Fox Ridge Stone 6110 Route 71 Oswego, IL 60543 | | | | | |
| | HSBC Business Solutions Menards Car PO Box 5219 Carol Stream, IL 60197-5219 | | | | | |
| | Hartman Design Inc 51 North Elm Street Wernersville, PA 19565 | | | | | |
| | Home State Bank, N.A. P.O. Box 183175 Columbus, OH 43218-3175 | | | | | |
| | Kafka Granite 101 S. Weber Ave Stratford, WI 54484 | | | | | |
| | Kendall County Record 222 S. Bridge St. Yorkville, IL 60560-0256 | | | | | |
| | Klover & CO. CPA's 24110 W. Lockport Street Plainfield, IL 60544-1524 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mainstreet Fireplace & BBQ 2901 W. Main Unit-A Saint Charles, IL 60175 | | | | | |
| | Marc's Mechanical 1404 Sandwich Dr. Sandwich, IL 60548 | | | | | |
| | Martenson Turf Products P.O. Box 218 Waterman, IL 60556-0218 | | | | | |
| | Midwest Trading P.O. Box 398 Maple Park, IL 60151 | | | | | |
| | Mylex, Inc. DBA Xylem, Ltd. 18715 Rout 84 North Cordova, IL 61242 | | | | | |
| | National Seed 4720 Yender Avenue Lisle, IL 60532 | | | | | |
| | Oldcastle #1 Riverview Avenue Sauget, IL 62201 | | | | | |
| | Packaged Concrete, Inc. 1S950 S. Lorange Rd Elburn, IL 60119 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rhino Seed & Landscape Supply 850 N. Old US 23 Brighton, MI 48114 | | | | | |
| | Ryan Smith 13317 Hale St. Plano, IL 60545 | | | | | |
| | Southwest Wire Fabricators 271 Williams Hill Road Hemingway, SC 29554 | | | | | |
| | Valley View Industries 13834 S. Kostner Crestwood, IL 60445 | | | | | |
| | Vulcan Materials P.O. Box 9658 Minneapolis, MN 55440 | | | | | |
| | Wells Fargo P.O. Box 348750 Sacramento, CA 95834 | | | | | |
| | Western Excelsior 901 Grand Ave. P.O. Box 695 Mancos, CO 81328 | | | | | |
| | William and Tammie Smith 13317 Hale Rd. Plano, IL 60545 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yorkville Napa Auto Parts 906 S. Bridge St Yorkville, IL 60560 | | | | | |
| 000006 | ASPEN VALLEY LANDSCAPE SUPPLY | | | | | |
| 000007B | CITIZENS FIRST NATIONAL BANK | | | | | |
| 000003 | CNH CAPITAL AMERICA LLC | | | | | |
| 000004 | COMPOST SUPPLY, INC. | | | | | |
| 000010 | KRENTZ & KRENTZ, P.C. | | | | | |
| 000008 | RECYCLING WOOD PRODUCTS | | | | | |
| 000001 | SRW PRODUCTS | | | | | |
| 000005 | THE QUIKRETE COMPANIES, INC. | | | | | |
| 11A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 12A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-40342 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | YARDWORKS LANDSCAPE SUPPLIES AND SE | Date Filed (f) or Converted (c): | 10/03/11 (f) |
|  |  | 341(a) Meeting Date: | 10/27/11 |
| For Period Ending: | 12/07/13 | Claims Bar Date: | 02/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account at Centrue Bank account number | 4,519.23 | 4,519.23 |  | 4,877.94 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 2. Com Ed- $300 Appx. NICOR- $300 Appx. | 600.00 | 0.00 |  | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 3. Accounts Receivable | 8,068.50 | 0.00 |  | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 4. 5 Vehicles/3955 Turner Av. Plano, Il. 60545 | 71,000.00 | 71,000.00 |  | 39,636.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 5. 3 pieces of Machinery/3955 Turner Av. Plano, IL | 45,000.00 | 0.00 |  | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 6. 2007 New Holland 190 Skid Steer with Bucket and | 30,000.00 | 24,364.00 |  | 24,364.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 7. Inventory at 3955 Turner Av. Plano, Il. 60545 | 48,247.27 | 0.00 |  | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $207,435.00 | $99,883.23 | | $68,877.94 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims review and Final Report in process

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-40342 -BWB |
| Case Name: | YARDWORKS LANDSCAPE SUPPLIES AND SE |
| Taxpayer ID No: | *******9879 |
| For Period Ending: | 12/07/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4075  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/12 | 1 | Centrue Bank<br>15 W South Street<br>Plano, IL 60545 | | 1129-000 | 4,877.94 | | 4,877.94 |
| 03/19/12 | 4, 6 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | | 1129-000 | 64,000.00 | | 68,877.94 |
| 07/27/12 | 001001 | American Auction Associates, Inc.<br>851 S. Thomas Avenue<br>Bridgeview, IL 70455 | Pursuant to Order dated 4/20/2012<br>Payment for auction expenses | 3620-000 | | 1,989.31 | 66,888.63 |
| 02/07/13 | 001002 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND#016026455 | 2300-000 | | 65.45 | 66,823.18 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 70.94 | 66,752.24 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4/13 | 2600-000 | | 68.63 | 66,683.61 |
| 06/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 70.81 | 66,612.80 |
| 08/20/13 | 001003 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 6,843.26 | 59,769.54 |
| | | | Fees            6,693.90 | 2100-000 | | | |
| | | | Expenses          149.36 | 2200-000 | | | |
| 08/20/13 | 001004 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,265.00 | 58,504.54 |
| 08/20/13 | 001005 | CNH Capital America LLC<br>PO Box 3600 | Claim 000009, Payment 100.00000% | 4210-000 | | 6,258.04 | 52,246.50 |

Page Subtotals       68,877.94      16,631.44

Ver: 17.04a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-40342 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | YARDWORKS LANDSCAPE SUPPLIES AND SE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4075  Checking Account |
| Taxpayer ID No: | *******9879 | | | |
| For Period Ending: | 12/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lancaster, PA 17604 | | | | | |
| 08/20/13 | 001006 | Internal Revenue Service<br>PO 7346<br>Philadelphia, PA 19101-7346 | Claim 000002, Payment 100.00000% | 5800-000 | | 25,519.33 | 26,727.17 |
| 08/20/13 | 001007 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 64338 | Claim 000011, Payment 100.00000% | 5800-000 | | 7,057.07 | 19,670.10 |
| 08/20/13 | 001008 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 64338 | Claim 000012, Payment 100.00000% | 5800-000 | | 1,516.22 | 18,153.88 |
| 08/20/13 | 001009 | SRW Products<br>32020 126th Street<br>PO Box 70<br>Princeton, MN 55371 | Claim 000001, Payment 10.72334% | 7100-000 | | 192.93 | 17,960.95 |
| 08/20/13 | 001010 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | Claim 000003, Payment 10.72336% | 7100-000 | | 312.41 | 17,648.54 |
| 08/20/13 | 001011 | Compost Supply, Inc.<br>PO Box 3328<br>Glen Ellyn, IL 60138-3328 | Claim 000004, Payment 10.72261% | 7100-000 | | 11.50 | 17,637.04 |
| 08/20/13 | 001012 | The Quikrete Companies, Inc.<br>P.O. Box 930134<br>Atlanta, GA 31193-0134 | Claim 000005, Payment 10.72331% | 7100-000 | | 98.41 | 17,538.63 |
| 08/20/13 | 001013 | Aspen Valley Landscape Supply<br>P.O. Box 399<br>Lockport, IL 60441 | Claim 000006, Payment 10.72327% | 7100-000 | | 4,445.38 | 13,093.25 |
| 08/20/13 | 001014 | HEARTLAND BANK AND TRUST COMPANY<br>Michael A O'Brien Esq<br>124A South County Farm Road<br>Wheaton, IL 60187 | Claim 000007B, Payment 10.72326% | 7100-000 | | 10,995.36 | 2,097.89 |

Page Subtotals           0.00        50,148.61

Ver: 17.04a

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-40342 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | YARDWORKS LANDSCAPE SUPPLIES AND SE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4075 Checking Account |
| Taxpayer ID No: | *******9879 | | | |
| For Period Ending: | 12/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/20/13 | 001015 | Recycling Wood Products<br>Martin L Cassell<br>330 N Broadway<br>Aurora, IL 60505 | Claim 000008, Payment 10.72324% | 7100-000 | | 2,026.39 | 71.50 |
| 08/20/13 | 001016 | Krentz & Krentz, P.C.<br>100 W. Main Street<br>Plano, IL 60545 | Claim 000010, Payment 10.72366% | 7100-000 | | 71.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 68,877.94 | 68,877.94 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 68,877.94 | 68,877.94 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 68,877.94 | 68,877.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4075 | 68,877.94 | 68,877.94 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 68,877.94 | 68,877.94 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 2,097.89

Ver: 17.04a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*